# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JERRY RAY FRANCIS, Jr.,**

    **Petitioner,**

    v.                               **Case No. 2:04-cv-836**
                                          **JUDGE FROST**
                                          **Magistrate Judge KING**

**PAT HURLEY, Warden,**

    **Respondent.**

## OPINION AND ORDER

On August 3, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations. He raises all of the same arguments that were previously raised.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                            **/s/ Gregory L. Frost**
                                                           GREGORY L. FROST
                                                           United States District Judge